```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 08 B 16696
   KEITH SMITH
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8024


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/27/2008 and was not confirmed.

     The case was dismissed without confirmation 09/22/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
AMERICAS MORTGAGE SERVIC  NOTICE ONLY     NOT FILED         .00           .00
AMERICAS SERVICING COMPA  CURRENT MORTG       .00           .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE       .00           .00           .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED         .00           .00
COMCAST                   UNSECURED       NOT FILED         .00           .00
HOLLYWOOD VIDEO           UNSECURED       NOT FILED         .00           .00
PATHOLOGY CONSULTANTS     UNSECURED       NOT FILED         .00           .00
EVERGREEN EMERGENCY SERV  UNSECURED       NOT FILED         .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED         .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT     311.50          .00         311.50
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,500.00                      403.06
TOM VAUGHN                TRUSTEE                                        55.44
DEBTOR REFUND             REFUND                                        330.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  1,100.00

PRIORITY                                       311.50
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 403.06
TRUSTEE COMPENSATION                            55.44
DEBTOR REFUND                                  330.00
                         --------------       --------------
TOTALS                   1,100.00              1,100.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 16696 KEITH SMITH